UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                   :
OSCAR GILBERT,                     :
                                   :    No. 18-cv-8295 (NLH)
            Petitioner,            :
                                   :
       v.                          :    MEMORANDUM OPINION
                                   :
WARDEN J. HOLLINGSWORTH,            :
                                   :
            Respondent.            :
_____:

IT APPEARING THAT:

1. Petitioner Oscar Gilbert filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1.

2. On October 29, 2018, the Court issued an order granting Respondent leave to file a motion to dismiss the Petition. ECF No. 7. A copy of that order was sent to Petitioner's address of record at the Federal Correctional Institution at Fort Dix. See id.

3. The order mailed to Petitioner's address of record has been returned to sender because Petitioner no longer resides at FCI Fort Dix. See ECF No. 8. It appears that he has been relocated to a new facility.

4. Petitioner has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented

1

parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. Based on Petitioner's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Petitioner updating his contact information to satisfy the appropriate Rules.

6. An appropriate order follows.


Dated: December 18, 2018                s/ Noel L. Hillman
At Camden, New Jersey                   NOEL L. HILLMAN, U.S.D.J.